PETER ISSO, ESQ.
Nevada Bar No. 14721
**ISSO & ASSOCIATES LAW FIRM, PLLC**
9550 S. Eastern Ave. Suite 253
Las Vegas, NV 89123
Tel. (702) 756-1582
Email: peter@issolawfirmlv.com
*Attorney for Plaintiff, Angelo Buswell*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ANGELO BUSWELL,<br><br>           Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC., and DOES 1 through 100; and ROE CORPORATIONS 101 through 200,<br>           Defendants. | Case No.: 2:19-cv-00211-RFB-EJY<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AT ECF NO. 41**<br><br>**(FIRST REQUEST)** |

The parties by and through their respective counsel, hereby stipulate to extend the time for Plaintiff to respond to Defendant's Motion for Summary Judgment at ECF No. 41 from the current due date of Monday, December 23, 2019, through and including Monday, December 30, 2019. This is the first request for an extension of this deadline. The parties provide the following information to the Honorable Court regarding the proposed extension of time:

With the upcoming holidays, Plaintiff's counsel will be traveling to Michigan to visit family. Additionally, Plaintiff is requesting additional time to prepare his response as his counsel has had multiple court appearances in state court as well as a settlement conference that required client preparation.

Defendant's counsel is agreeable to having the response deadline be moved until December 30, 2019 to accommodate his schedule and as this will provide additional time to prepare a reply in light of the upcoming holidays.

This stipulation to extend the deadline is made in good faith and not the purposes of delay.

| | |
|---|---|
| DATED this 18th day of December, 2019.<br>**ISSO & ASSOCIATES LAW FIRM LLC** | DATED this 18th day of December, 2019.<br>**PHILLIPS, SPALLAS & ANGSTADT** |
| */s/ Peter Isso* | */s/ Megan E. Wessel* |
| PETER ISSO, ESQ.<br>Nevada Bar No. 14721<br>9550 S. Eastern Ave. Suite 253<br>Las Vegas, NV 89123 | ROBERT K. PHILLIPS, ESQ.<br>Nevada Bar No. 11441<br>MEGAN E. WESSEL, ESQ.<br>Nevada Bar No. 14131<br>504 S. 9th Street<br>Las Vegas, NV 89101 |
| *Attorneys for Plaintiff*<br>*Angelo Buswell* | *Attorneys for Defendant*<br>*Walmart Stores, Inc.* |

**Case Name:** Angelo Buswell v. Walmart, Inc., et al.
**Case No.:** 2:19-cv-00211-RFB-EJY

### ORDER

The terms of the above stipulation to extend time for Plaintiff to respond to Defendant's motion for summary judgment at ECF No. 41 by and between Defendant Walmart Inc. and Plaintiff Angelo Buswell, by their respective counsel, shall hereby be the ORDER of this Court.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 19th day of December, 2019.